IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **12-cr-346-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

1. **JOHN DOE,**
    *a/k/a Habteab Berhe Temanu, et al.*

        Defendant.

## ORDER SETTING TRIAL DATES AND DEADLINES

Kane, J.

Trial dates, hearings and deadlines are reset as follows:

Pretrial motions are now due **August 27, 2013;** government's responses due **September 9, 2013.**

The Motions Hearing is reset for **September 12, 2013 at 2:00 p.m.**. Final Trial Preparation Conference is reset for **September 26, 2013 at 2:00 p.m.**

The 10-day jury trial is reset for **October 7, 2013 at 9:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 17th day of July, 2013.

                              BY THE COURT:

                              *s/John L. Kane*
                              John L. Kane, Senior Judge
                              United States District Court