IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00346-JLK

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

1. **JOHN DOE,**
    **a/k/a Habteab Berhe Temanu,**
    **a/k/a Habteab B Temanu**
    **a/k/a "TUFA",**
    **a/k/a Kefelegn Alemu,**
    **a/k/a Kefelegn Alemu Worku,**

    Defendant.

## ORDER

THIS MATTER comes before the Court on Government's Motion to Disclose Grand Jury Transcripts, pursuant to Fed. R. Crim. P. 6 (e)(3)(E) (I).

HAVING REVIEWED the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same, and it is therefore

ORDERED that the Government's motion is granted, and that grand jury transcripts may be disclosed to the Defendant and his attorney in the course of discovery in this case. It is further

1

ORDERED that such materials shall only be used in defending this case; that such materials are disclosed only to the Defendant, his attorney and staff assisting his attorney; that the Defendant's attorney shall maintain custody of such materials, and shall not disseminate the same; and that such materials shall be returned to the United States at the end of the case.

DATED this 23rd day of July, 2013.

BY THE COURT:

*S/John L. Kane*
JOHN L. KANE, Senior Judge
United States District Court